```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| WILLIAM MUMFORD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT | : | |
| JOSEPH J. PIAZZA, et al. | : | NO. 07-cv-1951-JF |

O R D E R

AND NOW, this 25th day of March 2008, upon consideration of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, and petitioner's objections to that report, IT IS ORDERED:

1. Petitioner's objections are OVERRULED.
2. The report of United States Magistrate Judge Caracappa is APPROVED and ADOPTED.
3. The petition for writ of habeas corpus is DENIED.
4. There is no probable cause to issue a certificate of appealability.
5. The Clerk is directed to mark this case closed for statistical purposes.

BY THE COURT:


/s/ John P. Fullam
John P. Fullam, Sr. J.